IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TRACY ALISHA BARRETT, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:15-CV-88-MSH |
| CAROLYN COLVIN, Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's request to remand this action for further action by an administrative law judge (ALJ), this case is hereby remanded. On remand, an ALJ will be instructed to reconsider the opinions of treating physicians Dr. Shaffer and Dr. Plaster, particularly their 2013 opinions. The ALJ should state the weight given to the treating physicians' opinions and the reasons therefor. The ALJ should also reconsider Plaintiff's RFC finding in light of the treating physicians' opinions and all of the evidence of record. Finally, Plaintiff shall be given an opportunity to testify at a new hearing and present additional evidence deemed relevant.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further

proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this 5th day of February, 2016.

                                      /s/ Stephen Hyles  
                                      UNITED STATES MAGISTRATE JUDGE