# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| TRACY ALISHA BARRETT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:15-CV-88-MSH |
| | : | |
| CAROLYN COLVIN, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Presently pending before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act. (ECF No. 19.) Counsel filed his motion for fees on March 2, 2016, requesting $3,729.30 for 19.6 attorney work hours at a rate calculated for the date that the time was billed. Cates Aff. ¶¶ 1, 5, ECF No. 19-2. The Commissioner filed a Response wherein she does not object to the request for or amount of fees. Def.'s Resp. 1, ECF No. 20.

Given that there is no objection to the amount of fees, number of hours requested, or hourly rate, and that the Court finds the request reasonable, Plaintiff's request for fees in the amount of $3,729.30 is granted. These fees should be paid directly to the Plaintiff. *See* 28 U.S.C. § 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010); *Reeves v. Astrue*, 526 F.3d 732, 735 (11th Cir. 2008) (explaining that the EAJA "unambiguously directs the award of attorney's fees to the party who incurred those fees and not to the party's attorney").

SO ORDERED, this 21st day of March, 2016.

/s/ Stephen Hyles
UNTED STATES MAGISTRATE JUDGE